IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -8 A 9: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Calvin L Lewis**
Full name and prison number of plaintiff(s)

v.

**Rick Gault**
**Sharon Pitts**

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. **3:06cv 221-MEF**
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:
       Plaintiff(s) _____N/A_____
       Defendant(s) _____N/A_____

    2. Court (if federal court, name the district; if state court, name the county)
       _____N/A_____

    3. Docket No. _____N/A_____

    4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Opelika City Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Opelika City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Rick Gault | 501 South 10th Street |
| 2. | Sharon Pitts | 501 South 10th Street |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Invasion of privacy

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

6:45 AM Monday 19, Feb. I was cleaning up the bathroom at the City Jail on work detail when Sharon Pitts came into the Bathroom which she new i was cleaning And i was using the bath Room when said accident Accured

-2-

GROUND TWO: Violation of Due Process

SUPPORTING FACTS: I Bonded out on said incedent on 24th of Feb And was sent back to Court the Next week. Also never talked to an officer, Never was Arrested

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like for the Opelika City Jail to be investigated and to pay punty Damages for pain and suffering, cruel and unusual punishment

_Calvin L Lewis_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on 3/6/06 .
            (date)

_Calvin L Lewis_
Signature of plaintiff(s)