IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALVIN L. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-221-MEF |
| | ) WO |
| RICK GAULT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On March 15, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is ORDERED that this complaint is dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

Done this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE